JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMAD DAFER F. ALKAHTANI,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>THE EMBASSY OF KINGDOM OF SAUDI ARABIA,<br><br>　　　　　　Defendant. | Case No. CV 20-10547 PA (PVCx)<br><br>JUDGMENT |

In accordance with the Court's January 19, 2021 Minute Order dismissing this action for plaintiff Mohammad Dafer F. Alkahtani's failure to file an opposition to Defendant The Embassy of Kingdom of Saudi Arabia's Motion to Dismiss,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

DATED: January 19, 2021

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Percy Anderson
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE